**Kathleen Theresa SCAVELLO, Plaintiff–Appellant,**

**v.**

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

**No. 15-2300**

United States Court of Appeals, Fourth Circuit.

Submitted: August 12, 2016

Decided: August 18, 2016

Sarah H. Bohr, Bohr & Harrington, LLC, Atlantic Beach, Florida, for Appellant. Nora Koch, Acting Regional Chief Counsel, Charles Kawas, Acting Supervisory Attorney, Jillian Quick, Assistant Regional Counsel, Philadelphia, Pennsylvania; William N. Nettles, United States Attorney, Marshall Prince, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen Theresa Scavello appeals the district court's order adopting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scavello v. Comm'r of Soc. Sec., No. 5:14–cv–00390–TLW, 2015 WL 5037926 (D.S.C. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED